# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PETERSON and BRANDON MILLER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WALGREEN COMPANY and DOES 1 through 100,<br><br>　　　　Defendants. | 1:12-cv-1832 LJO GSA<br><br><br><br>**ORDER AFTER SCHEDULING CONFERENCE** |

　　　　On February 12, 2012, a scheduling conference was held. (Doc. 15). Plaintiffs' counsel Craig Ackerman, and Defendant's counsel, Diana Tabacopoulos and Jill Porcaro appeared telephonically. The scheduling conference was continued until March 23, 2013 at 10:00 a.m. before the undersigned.

　　　　No later than five (5) court days prior to the next hearing, the parties shall submit a joint scheduling report. In the joint scheduling report, the parties shall address the following :

　　　　1) Whether Defendant will stipulate to the filing of Plaintiff's amended complaint filed on February 5, 2013 (if this issue is not already resolved);

　　　　2) Whether any dispositve motions are anticipated, a proposed deadline for the filing of such motions, and a proposed schedule for any discovery related to the motions; and

1

3) If dispositive motions will not be filed, the parties shall submit proposed dates for the completion of class certification discovery and the filing of class certification motions. The parties are advised that the Court requires thirty (30) days between the filing of the motion, the opposition, and any reply.

IT IS SO ORDERED.

Dated: __February 19, 2013__        _____/s/ Gary S. Austin_____
                                     UNITED STATES MAGISTRATE JUDGE