# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GEOFFREY PETERSON and BRANDON
MILLER, individually and on behalf of all
others similarly situated,

          Plaintiffs,

    v.

WALGREEN COMPANY and DOES 1
through 100,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

1:12-cv-1832 LJO GSA

**AMENDED ORDER AFTER
SCHEDULING CONFERENCE**

On February 12, 2012, a scheduling conference was held. Plaintiffs' counsel Craig

Ackerman, and Defendant's counsel, Diana Tabacopoulos and Jill Porcaro appeared

telephonically.  The scheduling conference was continued until March 12, 2013 at 10:00 a.m.

before the undersigned. [1]

No later than five (5) court days prior to the next hearing, the parties shall submit a joint

scheduling report.  In the joint scheduling report, the parties shall address the following :

1) Whether Defendant will stipulate to the filing of Plaintiff's amended complaint filed

_____

[1]  This amended scheduling conference order reflects a change in this date.  The Order issued on February
19, 2013 (Doc. 16) incorrectly indicated that the next scheduling conference was to be held on March 23, 2013 at
10:00 a.m. rather than on March 12, 2013 at 10:00 a.m.

1

on February 5, 2013 (if this issue is not already resolved);

     2) Whether any dispositve motions are anticipated, a proposed deadline for the filing of such motions, and a proposed schedule for any discovery related to the motions; and

     3) If dispositive motions will not be filed, the parties shall submit proposed dates for the completion of class certification discovery and the filing of class certification motions.  The parties are advised that the Court requires thirty (30) days between the filing of the motion, the opposition, and any reply.

     IT IS SO ORDERED.

**Dated:**   **February 19, 2013**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2