1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PETERSON and BRANDON MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREEN CO., and DOES 1 THROUGH 100,<br><br>Defendants. | CASE NO. 1:12-CV-01832-LJO-GSA<br><br>**ORDER ALLOWING PLAINTIFFS TO FILE THEIR FIRST AMENDED COMPLAINT AND ALLOWING DEFENDANT'S PREVIOUSLY-FILED ANSWER TO SERVE AS THE ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

*Order Allowing Plaintiffs to File Their First Amended Complaint and Allowing Defendant's Previously-Filed Answer to Serve as the Answer to Plaintiffs' First Amended Complaint*

- 1 -

|    |    |
|---|---|
| 1 | ORDER |
| 2 | Good cause appearing, this Court accepts the parties' Stipulation filed on |
| 3 | March 15, 2013, in the above-captioned matter. |
| 4 | Accordingly, Plaintiffs First Amended Complaint shall be deemed filed as of |
| 5 | the date of its submission.  Defendant's Answer to Class Action Complaint, |
| 6 | Docket No. 10, filed on December 31, 2012, will serve as Defendant's Answer to |
| 7 | Plaintiffs' First Amended Complaint with no additional responsive pleading |
| 8 | necessary by Defendant.  Defendant's consent to the filing of the First Amended |
| 9 | Complaint shall not be construed as an admission to the facts or claims alleged |
| 10 | therein and Defendant shall retain the right to challenge the facts and claims |
| 11 | asserted in the First Amended Complaint on any ground. |

IT IS SO ORDERED.

Dated:  **March 21, 2013**              **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE