# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PETERSON and BRANDON MILLER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WALGREEN COMPANY and DOES 1 through 100,<br><br>    Defendants. | 1:12-cv-1832 LJO GSA<br><br>**ORDER AFTER SCHEDULING CONFERENCE HELD ON MARCH 12, 2013** |

On March 12, 2013, a scheduling conference was held. (Doc. 21). Plaintiffs' counsel Craig Ackerman, and Defendant's counsel, Jill Porcaro appeared telephonically. The Court set the following deadlines:

    1)    Expert Written Reports for Class Certification due : **October 30, 2013**

    2)    Expert Discovery for Class Certification due : **November 30, 2013**

    3)    Rebuttal Expert Witness Reports for Class Certification due : **December 5, 2013**

    4)    Rebuttal Expert Discovery for Class Certification due: **December 15, 2013**

    1)    Class Certification Discovery (except for the areas otherwise identified) shall be completed by **December 13, 2013**;

    2)    Class Certification Motion due : **January 14, 2014**

3)     Depositions of witnesses who have submitted declarations as part of the Motion for Class Certification shall be completed no later than **February 14, 2014**

4)     Opposition to Class Certification Motion due : **March 14, 2014**

5)     Depositions of witnesses who have submitted declarations as part of the Opposition to the Motion for Class Certification must be completed no later than **April 16, 2014**

6)     Any Reply due : **May 16, 2014**

7)     The hearing on the Class Certification Motions will be held on **June 20, 2014 at 9:30 a.m.** before the undersigned in Courtroom 10

The parties are strongly encouraged to consent to Magistrate Judge jurisdiction. Any consents to Magistrate Judge jurisdiction are due within twenty days of the date of the scheduling conference hearing.

IT IS SO ORDERED.

Dated: **March 21, 2013**                     /s/ **Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE