1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PETERSON, BRANDON MILLER and BRENTON PACHECO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREEN CO., and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 1:12-CV-01832-LJO-GSA<br><br>Hon. Lawrence J. O'Neill<br><br>**ORDER TRANSFERRING VENUE TO CENTRAL DISTRICT OF CALIFORNIA**<br><br>Complaint Filed:   November 7, 2012 |

1  Based on the Stipulation of the parties and good cause having been shown,

2  IT IS HEREBY ORDERED:

3  This case shall be transferred to the United States District Court Central District of
4  California, and shall be consolidated with the Consolidated Cases, Lead Case: *George Wilson,*
5  *Tanarica Martin v. Walgreen Co.*, Case no. CV11-7664 PSG (FFMx).  This Court VACATES
6  all pending matters and dates set in this Court and DIRECTS the clerk to take necessary action
7  to transfer this action to the United States District Court Central District of California and to
8  close this action.

9  

10 IT IS SO ORDERED.

11  Dated:   **September 30, 2013**          /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TRANSFERRING VENUE TO CENTRAL DISTRICT OF CALIFORNIA
Case No. 12-CV-01832-LJO-GSA

16143696v.1