| | |
|---|---|
| 1 | **SEYFARTH SHAW LLP**<br>Diana Tabacopoulos (SBN 128238)<br>dtabacopoulos@seyfarth.com<br>Jill A. Porcaro (SBN 190412)<br>jporcaro@seyfarth.com<br>2029 Century Park East, Suite 3500<br>Los Angeles, California 90067-3021<br>Telephone: (310) 277-7200<br>Facsimile: (310) 201-5219 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Attorneys for Defendant<br>WALGREEN CO. |
| 7 | |
| 8 | (*Additional Attorneys for Defendant listed on next page*) |
| 9 | **ACKERMANN & TILAJEF, P.C.**<br>Craig J. Ackermann (SBN 229832)<br>cja@ackermanntilajef.com<br>1180 South Beverly Drive, Suite 610<br>Los Angeles, California 90035<br>Telephone: (310) 277-0614<br>Facsimile: (310) 277-0635 |
| 10 | |
| 11 | |
| 12 | |
| 13 | Attorneys for Plaintiffs GEOFFREY PETERSON, BRANDON MILLER and BRENTON PACHECO |
| 14 | |
| 15 | (*Additional Attorneys for Plaintiffs listed on next page*) |
| 16 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PETERSON, BRANDON MILLER and BRENTON PACHECO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREEN CO., and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 2:13-CV-07290-PSG (FFMx)<br><br>Hon. Margaret M. Morrow<br><br>**JOINT STIPULATION TO CONSOLIDATE CASE WITH RELATED CONSOLIDATED CASES**<br><br>*[Filed Concurrently with Proposed Order]*<br><br>Complaint Filed: November 7, 2012 |

1 | **SEYFARTH SHAW LLP**
Candace S. Bertoldi (SBN 254725)
2 | cbertoldi@seyfarth.com
333 South Hope Street, Suite 3900
3 | Los Angeles, California 90071-1406
Telephone: (213) 270-9600
4 | Facsimile:  (213) 270-9601

5 | Attorneys for Defendant WALGREEN CO.

6 | **MICHAEL MALK, ESQ., APC**
7 | MICHAEL MALK, Esq., (State Bar No. 222366)
mm@malklawfirm.com
8 | 1180 South Beverly Drive, Suite 610
9 | Los Angeles, California 90035
Telephone: (310) 203-0016
10 | Facsimile:  (310) 499-5210

11 |
12 | **UNITED EMPLOYEES LAW GROUP, P.C.**
WALTER HAINES, ESQ. (State Bar No. 71075)
13 | walter@whaines.com
65 Pine Avenue, #312
14 | Long Beach, CA 90802
15 | Telephone: (562) 256-1047
Fax: (562) 256-1006
16 |
17 | Attorneys for Plaintiffs GEOFFREY PETERSON,  BRANDON MILLER and BRENTON PACHECO

---

JOINT STIPULATION TO CONSOLIDATE CASE WITH CONSOLIDATED CASES
Case No. 2:13-CV-07290-PSG(FFMx)

16354779v.1

1 | Plaintiffs GEOFFREY PETERSON, BRANDON MILLER and BRENTON
2 | PACHECO (collectively "Plaintiffs") and Defendant WALGREEN CO.
3 | ("Defendant" or "Walgreens") by and through their respective undersigned
4 | counsel, hereby stipulate and jointly request that the Court issue an order as
5 | follows:
6 | **WHEREAS**, this case was transferred from the United States District Court,
7 | for Eastern District of California, to this Court pursuant to the parties' stipulation
8 | and the Court's Order dated September 30, 2013.
9 | **WHEREAS**, this case is related to a putative class lawsuit brought against
10 | Defendant in this Court titled *Chris McDowell, Gustavo Villavelazquez, Devon
11 | Brown v. Walgreen Co.*, Case No. CV13-1028 PSG FFMx
12 | ("*McDowell/Villavelazquez/Brown* Case"), which was filed subsequent to the
13 | instant Case.  The *McDowell/Villavelazquez/Brown* Case and this case includes
14 | claims for failure to reimburse employee business expenses arising out of the same
15 | basic factual allegations related to Defendants' employees use of their personal
16 | vehicles to conduct interstore transfers of Defendant's merchandise.
17 | **WHEREAS**, the *McDowell/Villavelazquez/Brown* Case has been
18 | consolidated with seven putative class cases pending in the United States District
19 | Court for the Central District of California, before the Honorable Judge Philip S.
20 | Gutierrez  (*i.e.*, *George Wilson, Tanarica Martin v. Walgreen Co.*, Case no. CV11-
21 | 7664 PSG (FFMx), *Rene Hodach, Winston Bolls v. Walgreen Co.*, Case No. CV12-
22 | 7491 PSG-FFMx; *Brenda Brown v. Walgreen Co.*, Case No. CV12-8574 PSG-
23 | FFMx; *Emad Gindi v. Walgreen Co.*, Case No. CV13-001154 PSG-FFMx; *Shane
24 | Jerominski, Alicia Arenas v. Walgreen Co.*, Case No. CV12-10134 PSG-FFMx;
25 | *Michael Hanna v. Walgreen Co.*, Case No. CV13-0214 PSG-FFMx; and *Kevork
26 | Shahinian v. Walgreen Co.*, Case No. CV13-03576 PSG-FFMx (hereinafter
27 | referred to as the "Consolidated Cases"));
28 |

1    **WHEREAS,** on October 16, 2013, Defendant filed a Notice of Related Cases identifying the Consolidated Cases as related to the instant Case.

     **WHEREAS**, this Case was transferred from Judge Margaret M. Marrow to Judge Philip S. Gutierrez pursuant to an Order issued on October 25, 2013.

     **WHEREAS**, consolidation of this Case with the Consolidated Cases is in the interests of the Parties, in that it will promote efficiency and help to facilitate settlement.

     **NOW, THEREFORE**, the Parties agree and stipulate that this case should be consolidated with the Consolidated Cases, lead case: *George Wilson et.al. v. Walgreen Co.*, Case no. CV11-7664 PSG (FFMx).

DATED: November 5, 2013     SEYFARTH SHAW LLP

                                         By: /s/ Jill A. Porcaro
                                         Jill A. Porcaro
                                         Attorneys for Defendant
                                         WALGREEN CO.

DATED: November 5, 2013     ACKERMANN & TILAJEF, P.C.
                                         THE MALK LAW FIRM
                                         UNITED EMPLOYEES LAW GROUP

                                         /s/ Craig J. Ackermann
                                         CRAIG J. ACKERMANN
                                         Attorneys for Plaintiffs GEOFFREY PETERSON, BRANDON MILLER and BRENTON PACHECO

     Pursuant to Local Rule 5-4.3.4(2)(ii), I Jill Porcaro hereby attest that the content of this document is acceptable to counsel for Plaintiffs, and that I have obtained authorization to affix his electronic signature to this document.

2

JOINT STIPULATION TO CONSOLIDATE CASE WITH CONSOLIDATED CASES
CASE NO. 2:13-CV-07290-PSGFFMX)

16354779v.1